# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Escarnilla-Sosa,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>Madsen,<br><br>　　　　Defendant(s). | No. C 08-05807 PVT MED<br><br>**Certification of ADR Session** |

*Instructions:* **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) 7/30/09

2. Did the case settle?　　☐ fully　　☐ partially　　☒ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _Probably not_
   ☐ phone discussions expected by (date) _____
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**　　☒ YES　　☐ NO

Dated: 7/30/09

_[signature]_
**Mediator, W. David Holsberry**
Davis, Cowell & Bowe, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105

**Certification of ADR Session**
08-05807 PVT MED