UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSA ESCAMILLA-SOSA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FLOR MADSEN, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: C 08-5807 PVT <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

On November 2, 2009, Plaintiffs filed a motion for leave to file a second amended complaint.[1] Defendant filed a notice of non-opposition to the motion. Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this order without oral argument. Based on the papers submitted,

IT IS HEREBY ORDERED that Plaintiffs' unopposed motion is GRANTED. Plaintiffs shall file their second amended complaint no later than December 8, 2009. Defendant shall file its answer to the second amended complaint no later than December 18, 2009.

Dated: *11/30/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*