UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSA ESCAMILLA-SOSA, et al., <br>           Plaintiffs, <br>   v. <br> FLOR MADSEN, <br>           Defendant. | Case No.: C 08-5807 PVT <br><br> **ORDER FURTHER CONTINUING CASE MANAGEMENT CONFERENCE** |

On January 12, 2010, the parties appeared before Magistrate Judge Patricia V. Trumbull for a further Case Management Conference. Based on the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference is CONTINUED to 10:00 a.m. on January 26, 2010.

IT IS FURTHER ORDERED that Plaintiffs and Defendant may each file a supplemental Case Management Conference statement no later than January 21, 2010. In the supplemental statements, the parties shall set forth the status of mediation.

Dated: *1/13/2010*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*