UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSA ESCAMILLA-SOSA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>FLOR MADSEN,<br><br>　　　　　Defendant. | Case No.: C 08-5807 PVT<br><br>**ORDER FURTHER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING DEADLINE FOR INITIAL DISCLOSURES; AND REFERRING PARTIES BACK TO MEDIATOR ERIC GROVER** |

　　　　On March 30, 2010, the parties appeared before Magistrate Judge Patricia V. Trumbull for a further Case Management Conference. Based on the discussions held at the Case Management Conference,

　　　　IT IS HEREBY ORDERED that the Case Management Conference is CONTINUED to 2:00 p.m. on April 20, 2010. The parties shall file a brief supplemental Joint Case Management Conference Statement no later than April 13, 2010, setting forth their joint or respective proposals for the remaining trial and pretrial dates.

　　　　IT IS FURTHER ORDERED that initial disclosures shall be completed no later than April 9, 2010.

　　　　IT IS FURTHER ORDERED that the parties are referred back to mediator Eric Grover for the purpose of reviewing the financial documents that Defendant previously lodged with him. If the

1  parties also wish to participate in further mediation efforts with Mr. Grover, the court encourages
2  them to do so.  In the alternative, after reviewing the documents the parties may request that the
3  court's ADR department appoint a new mediator.

4  Dated: *March 30, 2010*

5  PATRICIA V. TRUMBULL
   United States Magistrate Judge

ORDER, *page 2*