UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court:   42MIN

### MAGISTRATE JUDGE PATRICIA V. TRUMBULL

ERO/CRT REPRTR:___FTR_____          DATE:___4/20/10_____
COURTROOM DEPUTY:_MARTHA PARKER BROWN___

CASE #:___C 08-05807PVT_____

CASE TITLE:___ROSA ESCAMILLA-SOSA, ET AL___VS.___FLOR MADSEN_____

**Appearances for Plaintiff(s)**                 **Appearances for Defendant(s)**

_STAN MALLISON_____          _SCOTT C. WARDEN_____

_____          _____

_____          _____

### TODAY'S PROCEEDINGS

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   {X}CMC      { } MOTIONS LISTED BELOW:

<u>Pltf.</u>  <u>Deft.</u>  <u>Cross Mot.</u>
{ }    { }    { }    1._____
{ }    { }    { }    2._____
{ }    { }    { }    3._____
{ }    { }    { }    4._____

### *DISPOSITION of TODAY'S PROCEEDINGS*

**[  ] SETTLED      [  ] NOT SETTLED   [  ] SETTLEMENT DISCUSSIONS ONGOING**

### MOTION DISPOSITION SHOWN BELOW:

[__] GRANTED          [__] DENIED          [__] SUBMITTED          [__] DENIED/GRANTED in part

_____          _____          _____          _____

### *[  ] BRIEFS TO BE FILED AS FOLLOWS:*

{X } Cont'd to  6/22/10   @   2:00PM    For   FURTHER SETTLEMENT CONFERENCE_____

_____

**ORDER TO BE PREPARED BY:**      [ ]PLTF;      [ ]DEFT;      [ ]COURT
Additional Comments:_____
_____