UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSA ESCAMILLA-SOSA, et al., ) <br> ) <br>     Plaintiffs, ) <br> ) <br>   v. ) <br> ) <br> FLOR MADSEN, ) <br> ) <br>     Defendant. ) <br> _____ ) | Case No.: C 08-5807 PVT <br><br> **ORDER FURTHER CONTINUING CASE MANAGEMENT CONFERENCE; AND REFERRING PARTIES TO MAGISTRATE JUDGE LLOYD FOR SETTLEMENT CONFERENCE** |

On April 20, 2010, the parties appeared before Magistrate Judge Patricia V. Trumbull for a further Case Management Conference. Based on the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference is CONTINUED to 2:00 p.m. on June 22, 2010. The parties shall file a brief supplemental Joint Case Management Conference Statement no later than June 15, 2010, setting forth their joint or respective proposals for the remaining trial and pretrial dates.

IT IS FURTHER ORDERED that the parties are referred to Magistrate Judge Howard R. Lloyd for a settlement conference. The settlement conference shall be scheduled on Judge Lloyd's calendar for a date no later than May 28, 2010, or as soon thereafter as the parties and Judge Lloyd's schedule allows if no mutually convenient date is available by May 28, 2010.

Dated: *5/5/10*

                                                   PATRICIA V. TRUMBULL <br>
                                                 United States Magistrate Judge