UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

<u>CIVIL MINUTE ORDER</u>

HOWARD R. LLOYD   UNITED STATES MAGISTRATE JUDGE              CT. #2

DATE:  June 9, 2010                    CASE No.  C08-05807PVT

CASE TITLE:   Rosa Escamilla-Sosa et al v. Flor Madsen

Courtroom Deputy: P. Cromwell              ERO:

APPEARANCES

For Plaintiff(s):                         For Defendant(s):

Stan Mallison and Jessica Juarez          Scott Warden
Also present Rosa Escamilla-Sousa and     Also present: Flor Madsen
Sandra Castro

☐   Settlement Conference Held.  Case settled.

☒   Settlement Conference Held.  Case did not settle.

☐   Settlement Conference Held (telephonic).  Further Settlement Conference to be scheduled:

Comments:

cc:
Chambers

Judge:                                                        Hours:   3.5