UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSA ESCAMILLA-SOSA, et al., ) | Case No.: C 08-5807 PVT |
| ) | |
| Plaintiffs, ) | **ORDER** RE **DEFENSE COUNSEL'S** |
| ) | **PURPORTED WITHDRAWAL**; AND |
| v. ) | |
| ) | **ORDER FURTHER CONTINUING CASE** |
| FLOR MADSEN, ) | **MANAGEMENT CONFERENCE** |
| ) | |
| Defendant. ) | |
| _____ ) | |

On June 21, 2010, counsel for Defendant filed a purported "Notice of Withdrawal of Defendant's Attorney." Having reviewed the papers submitted by Defendant's counsel, the court finds it appropriate to issue this order without oral argument. Based on said notice and the file herein,

IT IS HEREBY ORDERED that Defendant's counsel's "Notice of Withdrawal" is deemed inoperative until such time as Defendant's counsel obtains leave of court to withdraw as counsel of record. *See* CIV.L.R. 11-5 ("Counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case.")

IT IS FURTHER ORDERED that, in order to allow time for Defense counsel to file his motion to withdraw, or to file a substitution of new counsel, the Case Management Conference is

ORDER, *page 1*

1  CONTINUED to 2:00 p.m. on August 10, 2010.  (If a substitution of counsel is filed naming new
2  counsel to represent Defendant, leave for Defense counsel to withdraw will be deemed granted.)  The
3  parties shall file a brief supplemental Joint Case Management Conference Statement no later than
4  August 3, 2010, setting forth their joint or respective proposals for the remaining trial and pretrial
5  dates.

Dated: *6/21/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*