UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSA ESCAMILLA-SOSA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FLOR MADSEN,<br><br>　　　　Defendant. | Case No.: C 08-5807 PVT<br><br>**ORDER D**ENYING **D**EFENSE **C**OUNSEL'S **R**EQUEST TO **A**PPEAR **T**ELEPHONICALLY AT **C**ASE **M**ANAGEMENT **C**ONFERENCE |

　　　On August 31, 2010, Defendant filed a request to appear telephonically at the Case Management Conference. Based on the request and the file herein,

　　　IT IS HEREBY ORDERED that Defendant's request is DENIED.

Dated: *9/13/10*

　　　　　　　　　　　　　　　　　　　*Patricia V. Trumbull*
　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*