```
 1  Stan S. Mallison (SBN 184191)
    Hector R. Martinez (SBN 206336)
 2  Marco A. Palau (SBN 242340)
    Mallison & Martinez
 3  Attorneys at Law
    1939 Harrison Street, Suite 730
 4  Oakland, CA 94612
    Telephone: 510-832-9999
 5  Facsimile: 510-832-1101
    stanm@mallisonlaw.com
 6  hectorm@themmlawfirm.com
    mpalau@themmlawfirm.com
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ROSA ESCAMILLA-SOSA and SANDRA CASTRO, <br><br> Plaintiffs, <br><br> vs. <br><br> FLOR MADSEN, <br><br> Defendant. | ) CASE NO. C 08-05807 PVT <br> ) <br> ) **ORDER GRANTING STIPULATED** <br> ) **REQUEST TO CONTINUE CMC** <br> ) <br> ) Date:    September 14, 2010 <br> ) Time:   2:00 p.m. <br> ) Judge:  Hon. Patricia V. Trumbull <br> ) <br> ) Hon. Magistrate Judge Patricia V. Trumbull <br> ) <br> ) <br> ) |

Plaintiffs (and Mr. Baskin on behalf of Defendant), request that the Case Management Conference be continued by approximately 30 days so that the parties can continue settlement discussions which may resolve the case.

DATED: September 10, 2010          MALLISON & MARTINEZ


                                    By:  /s/ _____
                                         STAN S. MALLISON
                                         HECTOR R. MARTINEZ
                                         MARCO A. PALAU
                                         Attorneys for Plaintiffs

/ / /

---

1
ORDER GRANTING STIPULATED REQUEST TO CONTINUE CMC

DATED: September 10, 2010                BASKIN & GRANT, LLP

By: /s/ _____
    CALEB SEQUOIA BASKIN
    Attorneys for Defendant

**ORDER**

**IT IS HEREBY ORDERED** that the Case Management Conference is CONTINUED to October 19, 2010 at 2:00 p.m.

DATED: ____9/13/10_____        _____
                                MAGISTRATE JUDGE PATRICIA V. TRUMBULL