UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSA ESCAMILLA-SOSA and SANDRA CASTRO,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FLOR MADSEN,<br><br>　　　　　　　Defendant. | Case No.: C 08-05807 PSG<br><br>**STANDBY ORDER TO SHOW CAUSE** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **December 29, 2010**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 4, 2011 at 2 p.m. in Courtroom 5, 4th Floor of the San Jose Courthouse** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: December 15, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER